UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X
                         :

UNITED STATES OF AMERICA      :    **Notice of Intent to File**
                         :    **An Information**

      - v. -                   :

                         :    24 Cr.

AVRAHAM EISENBERG,          :

     DEFENDANT.         :

- - - - - - - - - - - - - - - :    **24 CRIM 251**
                         X

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
        April 1, 2024

                         DAMIAN WILLIAMS
                         United States Attorney

     By:    *[signature]*
                         Peter J. Davis
                         Assistant United States Attorney

                         AGREED AND CONSENTED TO:

     By:    *[signature]*

                         Sam Talkin, Esq.
                         Brian Klein, Esq.
                         Attorneys for
                         AVRAHAM EISENBERG