UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>AVRAHAM EISENBERG,<br>                      Defendant. | 23-cr-10 (AS)<br>24-cr-251 (AS)<br><br>REVISED<br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing in these two matters will now take place on **Tuesday, February 11, 2025**, at **3:30 PM**.

    SO ORDERED.

Dated: December 3, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge