| | |
|---|---|
| From: | mangotrader |
| To: | blockworks |
| Subject: | Re: (No Subject) |
| Date: | Thursday, October 13, 2022 2:46:16 PM |

Confirm the above amounts are correct. If you are willing to accept this, please make a public DAO proposal with these terms that includes those public addresses and announce it on twitter. I will immediately send back the assets other than USDC, MSOL, MNGO, and SOL as a show of good faith, and will send the remaining assets once the vote is complete and passes. This is to ensure the majority of stakeholders are actually on board.

Sent with Proton Mail secure email.

------- Original Message -------
On Wednesday, October 12th, 2022 at 10:53 PM, blockworks <blockworks@protonmail.com> wrote:

> We would like to wrap up this proposal so we can make depositors whole, avoid litigation and everyone can move on. You can send funds into these addresses:
>
> Solana: 9mM6NfXauEFviFY1S1thbo7HXYNiSWSvwZEhguJw26wY
> ETH: 0xa8e8729A6AAb10178FBac1E9D55A0c536ce3DCa8
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Wednesday, October 12th, 2022 at 12:56 PM, blockworks <blockworks@protonmail.com> wrote:
>
>> We are interested in your deal to make users whole, maintain some treasury and avoid litigation. Just to clarify this is what we calculated as the amount you will return:
>>
>> | Asset | Amount | Dollar Value |
>> |---|---|---|
>> | SOL | 761,577.91 | $23,517,526 |
>> | mSOL | 799,155 | $26,531,946 |
>> | BNB | 608 | $165,206 |
>> | GMT | 152,843 | $97,178 |
>> | AVAX | 1,809 | $28,799 |
>> | RAY | 98,295 | $50,455 |
>> | SRM | 2,354,260 | $1,741,682 |
>> | FTT | 11,774 | $273,863 |
>> | ETH | 226 | $289,721 |
>> | BTC | 281.498 | $5,363,667 |
>> | MNGO | 32,409,565 | $795,655 |
>> | USD | 10,000,000 | $10,000,000 |

GOVERNMENT EXHIBIT 912
23 Cr. 10 (AS)

|   | Total | $68,855,698 |
|---|---|---|

The DAO treasury will then be used to cover the remaining 39,406,240 USDC of the total 108,261,938 USDC of bad debt. This will leave the treasury with 25,773,666 USDC.

In return we agree not to pursue claims in the legal system against you.

Does all of this sound accurate to you?


Sent with Proton Mail secure email.

------- Original Message -------
On Wednesday, October 12th, 2022 at 8:45 AM, mangotrader <mangotrader@protonmail.com> wrote:

> I will add in the remaining tokens still held on Sol, and send 10M USDC on top of that. That leaves you with a healthy 30M treasury and achieves our shared goals of making all users whole, with any profits paid out of the insurance fund as per the protocol design. This offer is only valid today. I believe all my trades were legal and would be willing to defend that in litigation, but I'm sure neither of us want this to end in litigation dragging out over years with uncertain outcomes when we could resolve it cooperatively in under a week.
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Wednesday, October 12th, 2022 at 2:00 AM, blockworks <blockworks@protonmail.com> wrote:
>
>> Hey, I don't know if I can get the votes for your offer. I *can* get the votes for this offer though:
>>
>> 1. You get back the equity you deposited plus an additional 10m in USDC from DAO treasury
>> 2. We won't press charges
>> 3. You return all the funds exploited including BTC, ETH, USDC, SOL, MSOL, MNGO etc
>>
>> How does this sound?

Sent from Proton Mail for iOS

On Tue, Oct 11, 2022 at 11:56 PM, mangotrader <mangotrader@protonmail.com> wrote:

> my math is about 10M is left for insurance fund and project runway on the proposal as is. remember to subtract the 10m equity in the 2nd account
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Tuesday, October 11th, 2022 at 10:49 PM, blockworks <blockworks@protonmail.com> wrote:
>
>> Hey Daffy responded to you on the forum. Can you take a look and respond?
>>
>> Sent from Proton Mail for iOS
>>
>> On Tue, Oct 11, 2022 at 9:05 PM, mangotrader <mangotrader@protonmail.com> wrote:
>>
>>> I will put out a public governance proposal soon to address the bad debt and bug

bounty issues. I am sending this email to open communication but I believe the best outcome for all involved is for that proposal to pass.

Sent with <u>Proton Mail</u> secure email.

| | |
|---|---|
| From: | blockworks |
| To: | mangotrader |
| Subject: | Re: (No Subject) |
| Date: | Friday, October 14, 2022 12:21:12 AM |

Proposal and tweet are up

https://dao.mango.markets/dao/MNGO/proposal/GYhczJdNZAhG24dkkymWE9SUZv8xC4g8s9U8VF5Yprne

https://twitter.com/mangomarkets/status/1580775247594127360

Sent with Proton Mail secure email.

------- Original Message -------
On Thursday, October 13th, 2022 at 11:46 AM, mangotrader <mangotrader@protonmail.com> wrote:

> Confirm the above amounts are correct. If you are willing to accept this, please make a public DAO proposal with these terms that includes those public addresses and announce it on twitter. I will immediately send back the assets other than USDC, MSOL, MNGO, and SOL as a show of good faith, and will send the remaining assets once the vote is complete and passes. This is to ensure the majority of stakeholders are actually on board.
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Wednesday, October 12th, 2022 at 10:53 PM, blockworks <blockworks@protonmail.com> wrote:
>
>> We would like to wrap up this proposal so we can make depositors whole, avoid litigation and everyone can move on. You can send funds into these addresses:
>>
>> Solana: 9mM6NfXauEFviFY1S1thbo7HXYNiSWSvwZEhguJw26wY
>> ETH: 0xa8e8729A6AAb10178FBac1E9D55A0c536ce3DCa8
>>
>> Sent with Proton Mail secure email.
>>
>> ------- Original Message -------
>> On Wednesday, October 12th, 2022 at 12:56 PM, blockworks <blockworks@protonmail.com> wrote:
>>
>>> We are interested in your deal to make users whole, maintain some treasury and avoid litigation. Just to clarify this is what we calculated as the amount you will return:
>>>
>>> | Asset | Amount | Dollar Value |
>>> |---|---|---|
>>> | SOL | 761,577.91 | $23,517,526 |
>>> | mSOL | 799,155 | $26,531,946 |
>>> | BNB | 608 | $165,206 |
>>> | GMT | 152,843 | $97,178 |

GOVERNMENT EXHIBIT 913
23 Cr. 10 (AS)

| AVAX | 1,809 | $28,799 |
|---|---|---|
| RAY | 98,295 | $50,455 |
| SRM | 2,354,260 | $1,741,682 |
| FTT | 11,774 | $273,863 |
| ETH | 226 | $289,721 |
| BTC | 281.498 | $5,363,667 |
| MNGO | 32,409,565 | $795,655 |
| USD | 10,000,000 | $10,000,000 |
|  | Total | $68,855,698 |

The DAO treasury will then be used to cover the remaining 39,406,240 USDC of the total 108,261,938 USDC of bad debt. This will leave the treasury with 25,773,666 USDC.

In return we agree not to pursue claims in the legal system against you.

Does all of this sound accurate to you?


Sent with Proton Mail secure email.

------- Original Message -------
On Wednesday, October 12th, 2022 at 8:45 AM, mangotrader <mangotrader@protonmail.com> wrote:

> I will add in the remaining tokens still held on Sol, and send 10M USDC on top of that. That leaves you with a healthy 30M treasury and achieves our shared goals of making all users whole, with any profits paid out of the insurance fund as per the protocol design. This offer is only valid today. I believe all my trades were legal and would be willing to defend that in litigation, but I'm sure neither of us want this to end in litigation dragging out over years with uncertain outcomes when we could resolve it cooperatively in under a week.
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Wednesday, October 12th, 2022 at 2:00 AM, blockworks <blockworks@protonmail.com> wrote:
>
>> Hey, I don't know if I can get the votes for your offer. I *can* get the votes for this offer though:
>>
>> 1. You get back the equity you deposited plus an additional 10m in USDC from DAO treasury

2. We won't press charges
3. You return all the funds exploited including BTC, ETH, USDC, SOL, MSOL, MNGO etc

How does this sound?

Sent from Proton Mail for iOS

On Tue, Oct 11, 2022 at 11:56 PM, mangotrader <mangotrader@protonmail.com> wrote:

> my math is about 10M is left for insurance fund and project runway on the proposal as is. remember to subtract the 10m equity in the 2nd account
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Tuesday, October 11th, 2022 at 10:49 PM, blockworks <blockworks@protonmail.com> wrote:
>
>> Hey Daffy responded to you on the forum. Can you take a look and respond?
>>
>> Sent from Proton Mail for iOS
>>
>> On Tue, Oct 11, 2022 at 9:05 PM, mangotrader <mangotrader@protonmail.com> wrote:
>>
>>> I will

put out a public governance proposal soon to address the bad debt and bug bounty issues. I am sending this email to open communication but I believe the best outcome for all involved is for that proposal to pass.

Sent with Proton Mail secure email.

Case 1:24-cr-00251-AS   Document 14-3   Filed 03/27/25   Page 9 of 9