**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

May 2, 2022

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA ECF

                    Re:      United States v. Avraham Eisenberg
                                24 Cr. 251 (AS)

Dear Judge Subramanian:

        By this letter, defendant Avraham Eisenberg respectfully requests that the Court, in the Judgment in the above referenced case, recommend to Federal Bureau of Prisons that he be designated FCI Fort Dix and that he be placed in the Residential Drug Abuse Program (RDAP) and any available program that addresses the possession of child pornography.

        Thank you for Your Honor's consideration of these requests.

                                                    Very truly yours,

                                                    *Sanford Talkin*
                                                    Sanford Talkin

cc:      All counsel (BY ECF)